401 P.2d 314

**J. W. EDGAR, a/k/a Jim Edgar and Evelyn Edgar, his wife, Plaintiffs and Respondents,**

v.

**COMBINED PRODUCTION ASSOCIATES, LTD., a Utah corporation, Defendants and Appellants.**

**A. B. Thomas, Defendant.**

**No. 10159.**

Supreme Court of Utah.

April 29, 1965.

---

H. G. Metos, Salt Lake City, for appellants.

Kirton and Bettilyon, Salt Lake City, for respondents.

HENRIOD, Chief Justice.

Appeal from a judgment for plaintiffs in a case having to do with an agreement with respect to mining claims. Affirmed, with no costs, but remanded with instructions to amend the judgment to require plaintiffs to deliver a deed to defendant of the mining claims, if defendant, Combined Production Associates, within a reasonable time to be set by the trial court, pays into court to the account of plaintiffs $9,000, with 6 percent interest from June 15, 1963, in satisfaction of the judgment entered.

. The record reveals that counsel for plaintiffs in open court said: "May the record show that upon payment of $9,000 plus interest we will furnish a deed to the claims." This was followed by defense counsel: "Will you put that in the findings and decree?", to which plaintiffs' counsel said "yes." The latter did not do this; and the court, for some undisclosed reason, signed the judgment with this important condition absent.

We think that this commitment of plaintiffs' counsel should have been incorporated

**360**

in the findings and decree, which the court asked counsel for plaintiffs to prepare, and we so hold and order.

McDONOUGH, WADE, and CALLISTER, JJ., concur.

CROCKETT, J., concurs in the result.